UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-23877-JB

NICHOLAS GOODEN,

    Petitioner,

v.

PAUL SWARTZ, *et al.*,

    Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Defendants' Motion to Dismiss. ECF No. [12]. Given that Petitioner has been removed from the United States and therefore the matter is moot, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 10th day of February, 2025.

_____
**JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE**